# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153297 & (20)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LONNIE HANEY,
        Defendant-Appellant.

SC: 153297
COA: 330813
Kalamazoo CC: 2010-002000-FC

_____/

On order of the Court, the application for leave to appeal the January 29, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion for judicial notice is DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2016

d1212

Clerk